IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES E. COOKE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 17-781-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| PERRY PHELPS solely in his official capacity as Commissioner of the Delaware Department of Correction, and DANA METZGER, solely in his official capacity as Warden of the James T. Vaugh Correctional Center, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND STAY

WHEREAS, Plaintiff, James E. Cooke, Jr., and Defendants, Perry Phelps and Dana Metzger, previously sought to stay this litigation in order to devote time and resources to investigate and research the allegations of the complaint and provide an opportunity to determine if a mutual resolution of this matter may be achieved; and

WHEREAS, the parties have attempted to reach a mutual resolution of this matter, but require additional time to work through the issues;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all future deadlines and obligations in this matter are stayed for an additional 90 days.  The parties will submit a joint status report on or before May 9, 2018.

| FOX ROTHSCHILD LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Christopher C. Popper* | */s/ Lauren E. Maguire* |
| Christopher C. Popper (I.D. #5653)<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>(302) 654-7444<br>cpopper@foxrothschild.com | Lauren E. Maguire (I.D. #4261)<br>Deputy Attorneys General<br>820 N. French St., 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>Lauren.Maguire@state.de.us |
| Jeffrey M. Pollock<br>Steven J. Daroci<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648<br>(609) 896-7660<br>jmpollock@foxrothschild.com<br>sdaroci@foxrothschild.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED, this _____ day of _____, 2018.

_____
Chief United States District Judge